UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY MARTIN, JR.                                                                    PETITIONER

v.                                                             CIVIL ACTION 3:14cv958-DPJ-FKB

BONITA MOSLEY                                                                         RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation [10] of the United States Magistrate Judge. Magistrate Judge F. Keith Ball recommended denial of Martin's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court, having fully reviewed the unopposed[1] Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Plaintiff's claims are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of October, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not object to the Report and Recommendation mailed on September 23, 2015. On October 13, 2015, the Report and Recommendation was returned as undeliverable. Letter [11] at 1. Plaintiff was aware that "failure to advise this Court of a change of address . . . may result in the dismissal of [the] case." Not. of Assignment [1-1].